## Exhibit Index

The following exhibits are submitted in support of the accompanying filing. Each exhibit is clearly labeled and referenced within the body of the motion/complaint.

Exhibit   Description

**Exhibit A** Certified Mail Receipts – USPS green certified slips (Form 3800) dated Sept 23, 2025, and USPS payment/tracking receipt.

**Exhibit B** Delivery Confirmations – USPS tracking printouts showing delivery on Sept 25 (TransUnion), Sept 26 (Experian), Sept 27 (Equifax), Oct 2 (Westlake), plus any return receipts.

**Exhibit C** Dispute Letters + CFPB Complaints – Copies of Sept 23, 2025 dispute letters sent to Experian, Equifax, TransUnion, and Westlake (with 15-day deadline), plus CFPB complaint filings.

**Exhibit D** CRA Responses – TransUnion, Equifax, and Experian responses via CFPB (showing verified as reported, modified data, or accurate as reported).

**Exhibit E** Westlake Feedback Submission – June 17, 2025 CFPB feedback citing statutes and requesting validation, with any response (or lack thereof).

**Exhibit F** Timeline – Summary chart of mailings, response deadlines, and eviction dates (Sept 23 mailing, Sept 25–27/Oct 2 deliveries, Oct 10–12 CRA deadlines, Oct 17 Westlake deadline, Oct 9 & 19 evictions).

**Exhibit G** Eviction Notices & Court Filings – Sept 10 eviction notice, court filing for Oct 19 eviction, and judgment letter granting possession to landlord.

**Exhibit H** Credit Reports – Copies of credit reports showing Westlake tradeline with inaccuracies and inconsistent reporting.

**Exhibit I** Medical/Therapist Letters – Letters from therapist and doctor documenting stress, emotional harm, and medical impact of eviction and credit issues.