## Exhibit F – Timeline of Mailings, Response Deadlines, and Eviction Dates

| Date | Event | Details | Deadline / Effect |
|---|---|---|---|
| Sept 23, 2025 | Disputes mailed via USPS Certified Mail | Sent to Experian, Equifax, TransUnion, and Westlake | Start of statutory countdown |
| Sept 25, 2025 | Delivery confirmed – TransUnion | TU received dispute letter | CRA 15-day response deadline: Oct 10, 2025 |
| Sept 26, 2025 | Delivery confirmed – Experian | EX received dispute letter | CRA 15-day response deadline: Oct 11, 2025 |
| Sept 27, 2025 | Delivery confirmed – Equifax | EQ received dispute letter | CRA 15-day response deadline: Oct 12, 2025 |
| Oct 2, 2025 | Delivery confirmed – Westlake (Furnisher) | Westlake received dispute letter | 15-day response deadline: Oct 17, 2025 |
| Oct 9, 2025 | First Eviction Date | Scheduled eviction before any 15-day deadlines expire | Due process conflict |
| Oct 17, 2025 | Furnisher (Westlake) deadline to respond | Federal compliance required | Must provide verification before eviction |
| Oct 19, 2025 | Second Eviction Date | Only 2 days after Westlake's response deadline | Would deny fair resolution |